```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARLENE WILKES,
```

                      Plaintiff,                **ORDER**

            -against-                      CV 07-758 (SJF)(ARL)

SEARS HOLDING CORPORATION, et al.,

                      Defendants.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      The parties have submitted their proposed Joint Pretrial Order. After examination of the order, the court finds that it substantially complies with District Judge Feuerstein's requirements.

      Accordingly, the Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and trial calendar of District Judge Feuerstein.

Dated:  Central Islip, New York                  **SO ORDERED:**
          January 3, 2008

                                                      _____/s/_____
                                                      ARLENE R. LINDSAY
                                                    United States Magistrate Judge